Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.:(562)868-5886
Fax:(562)868-8868
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt
Attorney at Law:  1575
411 E. Bonneville Avenue, #410
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax:  (702) 684-5157
E-mail: kwp@weltlaw.com

Attorneys for Plaintiff Tonya Jolene Tibbets

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONYA JOLENE TIBBETS, | ) Case No.:  2:22-cv-01215-BNW |
| | ) |
| | ) STIPULATION TO EXTEND TIME |
| Plaintiff, | ) OF TIME TO FILE MOTION FOR |
| | ) REMAND/REVERSAL |
| vs. | ) |
| | ) (FIRST REQUEST) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Tonya Jolene Tibbets and Kilolo Kijakazi, Acting Commissioner of

Social Security, through their undersigned attorneys, stipulate, subject to this

court's approval, to extend the time from December 14, 2022 to January 13, 2023,

for Plaintiff to send her Motion for Remand/Reversal with all other dates in the

Court's Scheduling Order extended accordingly. This is Plaintiff's first request for

an extension. This request is made at the request of Plaintiff's counsel because his

-1-

copy of the certified administrative record is missing pages 2546 through 2639. The parties are working on ensuring that Plaintiff's counsel has a complete copy of the certified administrative record to allow him to fully research the issues presented.

DATE: December 14, 2022  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Tonya Jolene Tibbets

DATE: December 14, 2022   JASON M. FRIERSON
United States Attorney

/s/ *Andrea Banks*

BY: _____
Andrea Banks
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:09 pm, December 15, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-2-

1

2
**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:22-CV-01215-BNW**
3

4
I hereby certify that I electronically filed the foregoing with the Clerk of the

5
Court for this court by using the CM/ECF system on December 14, 2022.

6
I certify that all participants in the case are registered CM/ECF users and

7
that service will be accomplished by the CM/ECF system.
8

9
*/s/ Marc V. Kalagian*

_____
10
Marc V. Kalagian
Attorneys for Plaintiff
11
_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26